**John Michael MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 45157.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 15, 1983.

Michael R. Young, Asst. Public Defender, Twenty-First Judicial Circuit, Clayton, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

This is an appeal from a denial, after evidentiary hearing, of appellant's motion for post-conviction relief under Supreme Court Rule 27.26.

The judgment of the trial court is affirmed. Rule 84.16(b)(2).